IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40136
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ERNESTO URIBE-DELEON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-96-CR-251-1
--------------------
March 23, 2000

Before REAVLEY, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

     Ernesto Uribe-DeLeon appeals his conditional guilty-plea conviction for possession with the intent to distribute marijuana.  He argues that his Sixth Amendment right to a speedy trial was infringed by the 24-month delay between his indictment and his arrest.  Our review of the record and the briefs on appeal reveals that the district court did not err in its conclusion that Uribe-DeLeon's Sixth Amendment right to a speedy trial was not infringed.  See Robinson v. Whitley, 2 F.3d 562, 568-71 (5th Cir. 1993).  The judgment of the district court is

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.